AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF _____ Massachusetts

FILED
CLERKS OFFICE
2005 OCT 20  P 12: 02
U.S. DISTRICT COURT
DISTRICT OF MASS

Painters and Allied Trades
District Council No. 35

SUMMONS IN A CIVIL CASE

V.

KDK Enterprises

CASE NUMBER:

05 10554 GAO

TO: (Name and address of defendant)

Boris Kutokov
KDK Enterprises
145 Newton Street
Waltham, MA 02453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

[Seal: United States District Court, District of Massachusetts]

MAR 2 3 2005

CLERK

_(signature)_

DEPUTY CLERK                             DATE

O 440 (Rev. 10/93) Summons in a Civil Action

Service
ME OF S

Check c

☐ Ser

☐ Left
   disc
   Nan

**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**

*Middlesex, ss.*

April 7, 2005

I hereby certify and return that on 4/4/2005 at 12:32PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to MICHELLE PORTOR, agent, person in charge at the time of service for KDK ENTERPRISES, at BORIS KUTOKOV, 145 NEWTON STREET, WALTHAM, MA 02453. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.70

*[signature]*
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

                              _____
                              Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.