UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL NO. 35<br><br>Plaintiff,<br><br>v.<br><br>KDK Enterprises<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 05-10554-GAO<br>)<br>)<br>)<br>) |

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court issue a Notice of Default to Defendant KDK Enterprises in the above-captioned action. Defendant KDK Enterprises was served with the complaint on April 4, 2005. Copies of proof of service are attached. As of this date, Defendant has not filed an Answer or any other responsive pleading to the complaint.

>                 Plaintiff,
>                 Painters and Allied Trades
>                 District Council No. 35
>                 By its attorney,
>
>                 /s/ Michael A. Feinberg
>                 Michael A. Feinberg, BBO #161400
>                 Feinberg, Campbell & Zack, P.C.
>                 177 Milk Street
>                 Boston, MA 02109
>                 (617) 338-1976

Dated: February 14, 2006

Certificate of Service

      The undersigned hereby certifies that on this 14th day of February 2006, I served a copy of the attached Request for Notice of Default on the Defendant by depositing a copy in the U.S. Postage Service addressed to Boris Kutokov, KDK Enterprises, 145 Newton Street, Waltham, MA 02453 and Defendant's attorney, Terence P. McCourt, Greenberg Traurig, One International Place, Boston, MA 02110.

                                                  /s/ Michael A. Feinberg
                                                  Michael A. Feinberg

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF _____ Massachusetts

Painters and Allied Trades
District Council No. 35

V.

KDK Enterprises

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 10554 GAO

TO: (Name and address of defendant:)

Boris Kutokov
KDK Enterprises
145 Newton Street
Waltham, MA 02453

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 23 2005

CLERK                                                     DATE

(By) DEPUTY CLERK

AO (Rev 10/93) Summons in a Civil ...

**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**

Middlesex, ss.

April 7, 2005

I hereby certify and return that on 4/4/2005 at 12:32PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to MICHELLE PORTOR, agent, person in charge at the time of service for KDK ENTERPRISES, at BORIS KUTOKOV, 145 NEWTON STREET, WALTHAM, MA 02453. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.70

_____
Deputy Sheriff

Returned unexecuted: _____

Other (specify): _____

**STATEMENT OF SERVICE FEES**

| SERVICES | | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date                                   Signature of Server

_____
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.