## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PAINTERS & ALLIED TRADES DISTRICT COUNCIL          CIVIL ACTION
                            **Plaintiff**

                                NO.  05-10554-GAO

        **V.**

KDK ENTERPRISIES
                         **Defendant**


## NOTICE OF DEFAULT

      Upon application of the Plaintiff, PAINTERS & ALLIED TRADES DISTRICT

COUNCIL     for an order of Default for failure of the Defendant,_____

  KDK ENTERPRISES_____ , to

plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil

Procedure, notice is hereby given that the Defendant has been defaulted this  15

 day of FEBRUARY, 2006_____ .


                                  SARAH A. THORNTON
                                  CLERK OF COURT


                         By:    PAUL LYNESS
                              Deputy Clerk

**Notice mailed to:**


(Default Notice.wpd - 3/7/2005)