UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br>          Plaintiff,<br><br>KDK ENTERPRISES<br>          Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-10554-GAO<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MICHAEL A. FEINBERG
### IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS

Michael A. Feinberg deposes and says as follows:

1. I am a partner in the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I have acted as the legal representative of the Painters and Allied Trades District Council No. 35 for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing the enforcement of the arbitration award has been 5.6 hours charged at the rate of $215.00 per hour. Accordingly, the amount of legal fees incurred by the Fund as a result of work performed by this office is $1,204.00. The costs incurred total $296.00.

3. The total attorney's fees and costs incurred by the Plaintiff are $1,500.00.

SIGNED UNDER PENALTIES OF PERJURY THIS 16th DAY OF FEBRUARY, 2006.

/s/ Michael A. Feinberg
Michael A. Feinberg, BBO #161400