UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35
        Plaintiff(s)

        v.                         CIVIL ACTION NO. 05-10554-GAO

KDK ENTERPRISES
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

  O'TOOLE  , D.J.

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

A default has been entered against KDK Enterprises on February 15, 2006, for failing to answer or otherwise defend.

It is ORDERED that Plaintiff recover from Defendant the sum of $15,259.10.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

Dated: April 7, 2006                    By   Paul Lyness
                                                  Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)