USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:05-cv-10554-GAO   Document 11   Filed 07/24/2006   Page 1 of 2

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Painters and Allied Trades District Council No. 35 | COURT CASE NUMBER: 05-10554-GAO |
| DEFENDANT: KDK Enterprises | TYPE OF PROCESS: First Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Boris Kutokov, KDK Enterprises
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
145 Newton Street, Waltham, MA 02338

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: —

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-338-1976
DATE: 5/12/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: [signed] Nancy Talaniera
Date: 5/16/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 7/20/06   Time: 1:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 67.50 | 8.90 | — | 76.40 | — | 76.40  $0.00 |

REMARKS: Left execution + card in box. Put under door. Looks deserted. Neighbor say he drops by occasionally.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                          CIVIL ACTION 05-10554-GAO

To the United States Marshall for the District of Massachusetts or his deputies and to the Sheriffs of the Counties of the Commonwealth of Massachusetts or their Deputies;

   **WHEREAS, Painters and Allied Trades District Council No 35**, has recovered a Judgment in this Court against **KDK Enterprises**, on the 7th of April, 2006 for the sum of **$15,259.10** debt or damage, including pre-judgment interest as to us appears of record, whereof this First Execution remains to be done.

   **WE COMMAND YOU**, therefore, that of the goods and chattels or lands of said Judgment Debtor, you cause to be paid and satisfied unto the Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $15,259.10 in the whole, with interest thereon at the rate of 4.85% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

   **HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said Court, at Boston, Massachusetts within twenty (20) years after the date of said judgment or within ten (10) days after this Writ has been satisfied or discharged.

   Dated at Boston, Massachusetts this 4 day of May, 2006.

By: Paul S. Lyness
Deputy Clerk

